Jeremy V. Richards (CA Bar No. 102300)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: 310/277-6910
Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com

Attorneys for Falcon BP II, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>WOODCREST ACE HARDWARE, INC.,<br><br>Debtors.<br><br>Affects:<br><br>☐ All Debtors<br><br>☐ Woodcrest Ace Hardware, Inc., only<br><br>☐ 9 Fingers, Inc., only<br><br>☑ P&P Hardware, Inc., only<br><br>☐ Riverside Ace Hardware, Inc., only<br><br>☐ Wildomar Ace Hardware, Inc., only | Lead Case No. 6:19-bk-13127-MH<br><br>Jointly Administered with 6:19-bk-13130-MH; 6:19-bk-13131-MH; 6:19-bk-13132-MH; and 6:19-bk-13133-MH)<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE CLAIM [ Dkt. # 375] AND  PROOF OF CLAIM NO. 16-1, FILED BY FALCON BP II, LLC, WITH PREJUDICE**<br><br>Date: August 25, 2020<br>Time: 2.00 p.m.<br>Place: Ctrm. 303<br>3420 12th St.<br>Riverside, CA  92501-3819 |

**TO THE HONORABLE MARK HOULE, UNITED STATES BANKRPUTCY JUDGE; ALL PARTIES RECEIVING CM/ECF NOTICE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

Falcon BP II, LLC ("Falcon") hereby withdraws it Motion to Compel Payment of Administrative Claim [Dkt. # 375] and the underlying proof of claim number 16-1, filed in the above-captioned cases, with prejudice.

1

DOCS_LA:331848.1 68700/001

1 | Dated: August 20, 2020  PACHULKSI STANG ZIEHL & JONES LLP

By: */s/ Jeremy V. Richards*
Jeremy V. Richards
Attorneys for Falcon BP II, LLC

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:  10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled: ***NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE CLAIM [ Dkt. # 375] AND  PROOF OF CLAIM NO. 16-1,FILED BY FALCON BP II, LLC,WITH PREJUDICE*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 20, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On August 20, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Mark Houle
U.S. Bankruptcy Court
3420 12th St., Ctrm. 303
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 20, 2020 | Gini L. Downing | /s/ Gini L. Downing |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

DOCS_LA:331848.1 68700/001

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Abram Feuerstein    abram.s.feuerstein@usdoj.gov
- Everett L Green    everett.l.green@usdoj.gov
- Christine Levi    bankruptcy@ondeck.com
- Randall P Mroczynski    randym@cookseylaw.com
- Rejoy Nalkara    rejoy.nalkara@americaninfosource.com
- Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
- Aleksandra Page    apage@ecf.inforuptcy.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Cameron C Ridley    Cameron.Ridley@usdoj.gov
- Robert B Rosenstein    robert@thetemeculalawfirm.com, sylvia@thetemeculalawfirm.com;leah@thetemeculalawfirm.com;luke@thetemeculalawfirm.com
- Cheryl A Skigin    ca.ecf@aislaw.com, caskigin@earthlink.net
- Edward A Treder    cdcaecf@bdfgroup.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com

4

DOCS_LA:331848.1 68700/001